UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW GOMBERG, on behalf of himself and all others similarly situated,

          Plaintiff,
-against-

ANGELA MONACO JEWELRY, LLC..
          Defendant.

Case No. 2:24-cv-01850-TJS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       July 29, 2024

                         Respectfully submitted,

                         /s/ David S. Glanzberg
                         Glanzberg Tobia Law, P.C.
                         *Attorneys for Plaintiff*